UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62444-Civ-SCOLA

BILL TAYLOR,

    Plaintiff,

vs.

JACK HART, INC., and B.D.C. CARPET, INC.,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion to Approve Consent Decree and to Dismiss with Prejudice (ECF No. 9). The Parties have reached a settlement and Plaintiff has requested that this Court approve the Consent Decree and dismiss the case with prejudice. Accordingly, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion to Approve Consent Decree and to Dismiss with Prejudice is **GRANTED**. This Court approves the Consent Decree attached as Exhibit "1" to Plaintiff's Motion to Approve Consent Decree. Plaintiff's cause of action is **DISMISSED** with prejudice. This case is now **CLOSED**. All pending motions not otherwise ruled upon are **DENIED** as moot. This Court retains jurisdiction to enforce the approved Consent Decree between the Parties.

**DONE and ORDERED** in chambers, at Miami, Florida, on December 22, 2011.

                                                        ROBERT N. SCOLA, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*